**Robert Michael ARTEAGA, Jr., Appellant**

**v.**

**The STATE of Texas**

**NO. PD-1649-15**

Court of Criminal Appeals of Texas.

Delivered: June 7, 2017

ATTORNEYS FOR APPELLANT: Kenneth G. Mahaffey, PO Box 684585, Austin, TX 78768-4585.

ATTORNEYS FOR THE STATE: Gary W. Bunyard, Assistant District Attorney, P. O. Box 725, Llano, TX 78643, Stacey Soule, Austin, TX.

## OPINION

Hervey, J., delivered the opinion of the Court in which Keller, P.J., Alcala, Richardson, Yeary, Newell, Keel, Walker, JJ., joined.

Appellant, Robert Michael Arteaga, was tried in a consolidated trial on two indictments for sexual assault of a child and possession of child pornography. In two grounds for review, he sought to challenge his sexual-assault convictions and his convictions for possession of child pornography. However, because we granted review to examine only Arteaga's convictions for sexual assault of a child, our decision to grant review in PD-1649-15 dealing with Arteaga's possession-of-child-pornography convictions was improvident. We therefore dismiss as improvidently granted Arteaga's petition for discretionary review docketed as PD-1649-15.

Keasler, J., did not participate.